# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID KELLER, | : | No. 363 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE BANK OF NEW YORK MELLON, | : | |
| TRUSTEE CERT HOLDER CWALT, INC., | : | |
| A1 TRUST 2004-27CB, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| PA PROPERTY PORTFOLIO, INC., AND | : | No. 364 MAL 2019 |
| DAVID KELLER, | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BANK OF AMERICA, N.A., SUCCESSOR | : | |
| TO BAC HOME LOAN SERVICING, L.P., | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| PA PROPERTY PORTFOLIO, INC. - | : | No. 365 MAL 2019 |
| DAVID KELLER, | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., A/K/A | : | |
| WELLS FARGO, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| NORTHEAST INVESTORS GROUP, INC., - DAVID KELLER | : | No. 366 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| WELLS FARGO BANK, N.A., A/K/A/ WELLS FARGO | : | |
| | : | |
| | : | |
| PETITION OF:  NORTHEAST INVESTORS GROUP, INC. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.